**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GUILLERMO MARLON GONZALEZ ESTRADA,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2089-R** |
| **SECRETARY, DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) | |
| **Respondents.** | ) | |

# ORDER

Before the Court is Petitioner, Mr. Guillermo Marlon Gonzalez Estrada's Petition for a writ of Habeas Corpus under 28 U.S.C. § 2441. [Doc. No. 1]. The Court referred this matter to United States Magistrate Judge Suzanne Mitchell, who issued a Report and Recommendation, [Doc. No. 9], recommending this Court dismiss Mr. Estrada's petition without prejudice. Mr. Estrada objected, [Doc. No. 10], triggering de novo review of those portions of the Report to which he specifically objects.[1] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court ADOPTS Judge Mitchell's R&R.

Mr. Estrada filed his Petition on August 11, 2026. Doc. No. 1. But there was a problem: he didn't sign it. And despite Judge Mitchell's warning that the Court would dismiss the unsigned petition, [Doc. No 8], Mr. Estrada didn't respond by the September

[1] Respondents did not file an objection as Judge Mitchell did not order them to respond.

third deadline. Doc. No. 9. So Judge Mitchell recommended that the Court dismiss Mr. Estrada's Petition without prejudice. Doc. No. 9 at 3.

Ample authority supports Judge Mitchell's conclusion. Fed. R. Civ. P. 41(b); *AdvantEdge Bus. Grp. v. Thomas E. Mestmaker & Assocs., Inc.*, 552 F.3d 1233, 1236 (10th Cir. 2009). ("A district court undoubtedly has discretion to sanction a party for failing to prosecute or defend a case, or for failing to comply with local or federal procedural rules.").

Alongside his objection to the R&R, Mr. Estrada moved to amend his petition. [Doc. No. 11]. But he didn't sign this one either. In light of Mr. Estrada's status and attempt to cure, however, the Court will allow Mr. Estrada 21 days to sign the Petition before dismissing it without prejudice. If he fails to respond or sign again, the Court will dismiss the Petition without further notice.

Accordingly, the Court ADOPTS Judge Mitchell's R&R. Mr. Estrada has until October 22, 2026 to sign the petition and mail it to the Court.

IT IS SO ORDERED this 1st day of October, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**